1  Mark F. Anderson (SBN 44787)                    *E-FILED 12-08-2010*
2  ANDERSON, OGILVIE & BREWER LLP
   600 California Street, 18th Floor
3  San Francisco, California 94108
   Telephone: (415) 651-1951
4  Fax: (415) 956-3233
   Email: mark@aoblawyers.com

5  Attorneys for Plaintiff David Raskin

6

7                      UNITED STATES DISTRICT COURT

8                     NORTHERN DISTRICT OF CALIFORNIA

9  DAVID RASKIN,                          )
                                          )   Case No. CV-10-4366 HRL
10                                         )
            Plaintiff,                     )
11                                         )
                                          )   (proposed) ORDER FOR DISMISSAL
       v.                                 )   OF DEFENDANT EQUIFAX
12                                         )   INFORMATION SERVICES, LLC
                                          )
13  EQUIFAX INFORMATION SERVICES, LLC,    )   [Re:  Docket No. 16]
                                          )
14                                         )
            Defendant.                     )
15  _____)
                                          )
16

17       Based on the parties' stipulation and for good cause shown, plaintiff  David Raskin's

18  claims against defendant Equifax Information Services, LLC in this action are hereby dismissed

19  with prejudice, with each party to bear its own costs.

20  Dated: December __8__, 2010.

21

22                                        _____
                                          U.S. Magistrate Judge
23                                         Howard R. Lloyd

24

25

26

27

28

Order for Dismissal, *Raskin v Equifax*, No CV-10-4366 HRL                                1